# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SHELLY A. HARRIS,**

**Plaintiff,**

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

**Defendant.**  No. 07-CV-182-DRH

## ORDER

**HERNDON, Chief Judge:**

On March 14, 2007, Plaintiff Shelly A. Harris ("Plaintiff") filed suit against the Commissioner of Social Security, seeking judicial review of the Commissioner's decision to deny benefits to Plaintiff. (Doc. 3.) Specifically, pursuant to **42 U.S.C. 405(g)**, Plaintiff sought judicial review of the Social Security Administration's decision to deny Plaintiff's application for disability insurance benefits and supplemental security income. (Doc. 3.) This matter comes before the Court on a Report and Recommendation ("the Report") issued by United States Magistrate Judge Philip M. Frazier on February 27, 2008 pursuant to **28 U.S.C. § 636(b)(1)(B)**. (Doc. 20.) Magistrate Judge Frazier's Report recommends that the Commissioner's decision denying Plaintiff's application for benefits should be affirmed in all respects. (*Id.*)

Under **Rule 73.1 of the Local Rules of the Southern District of Illinois**, the parties had ten days in which to serve and file written objections to the

Report. As of this date, no objections have been filed. The ten-day period in which parties may file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct a de novo review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** Judge Frazier's Report. (Doc. 20.) The Court **AFFIRMS** the Commissioner's decision denying Plaintiff's application for benefits in all respects.

**IT IS SO ORDERED.**

Signed this 18th day of March, 2008.

/s/ *DavidRHerndon*
**Chief Judge**
**United States District Court**