IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


SHELLY A. HARRIS,

    Plaintiff,

-vs-                                          No. 07-CV-182 DRH-PMF

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on a Report ans Recommendation from United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that the Report is adopted in its entirety. The decision of the agency denying Shelly A. Harris' December, 2003, applications for disability insurance and supplemental security income is **AFFIRMED** -------------------------------------------.


**NORBERT G. JAWORSKI, CLERK**


March 18, 2008.                                                    By: s/Patricia Brown
                                                                             Deputy Clerk

APPROVED: /s/ *David R Herndon*
                **CHIEF JUDGE**
                **U.S. DISTRICT JUDGE**